PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00190-KES-BAM |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF DETENTION HEARING; ORDER |
| v. | PROPOSED DATE: August 16, 2024 |
| MICHAEL A. VALENCIA, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Sheila K. Oberto |

        This case is scheduled for a continued detention hearing on August 15, 2024, before United States Magistrate Judge Sheila K. Oberto.  Since the hearing was scheduled, a new attorney has been appointed and he anticipates receiving initial discovery.  Pretrial Services also has not yet interviewed the defendant, but arrangements for a possible interview were made by the Federal Defender's Office.  In addition, government counsel is scheduled to be on government-related travel on the currently-scheduled date, so the proposed new date would enable him to be present for the hearing.  The court and parties have already agreed to exclude Speedy Trial Act time through the first status conference, now scheduled for August 28, 2024.  The one additional day for the detention hearing should enable Pretrial Service and counsel for both parties to be fully prepared.  Accordingly, the parties agree to move the detention hearing to August 16, 2024, at 2:00 p.m.

        IT IS SO STIPULATED.

Dated:  August 9, 2024                     PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ David Gappa
                                           DAVID L. GAPPA
                                           Assistant United States Attorney


Dated:  August 9, 2024                     /s/ MARK BROUGHTON
                                           MARK BROUGHTON
                                           COUNSEL FOR
                                           MICHAEL A. VALENCIA

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO.  1:24-CR-00190 KES-BAM

                        Plaintiff,            FINDINGS AND ORDER
12
                                            PROPOSED DATE: August 16, 2024
13            v.                            TIME: 2:00 p.m.
                                            COURT: Hon. Sheila K. Oberto
14   MICHAEL A. VALENCIA,

15                      Defendant.

16                                **FINDINGS AND ORDER**

17          The court has reviewed and considered the stipulation filed by the parties on August 9, 2024, and

18   also reviewed the record of this case.  For the reasons stated in the stipulation, the court finds good cause

19   for continuing the detention hearing.  The detention hearing scheduled for August 15, 2024, is vacated

20   and rescheduled for **August 16, 2024, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

21

22   IT IS SO ORDERED.

23      Dated:   **August 9, 2024**              /s/ *Barbara A. McAuliffe*

24                                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                            3