PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00190-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; ORDER |
| v. | PROPOSED DATE: October 9, 2024 |
| MICHAEL A. VALENCIA, | TIME: 1:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

This case is scheduled for a status conference on August 28, 2024, before United States Magistrate Judge Barbara A. McAuliffe. Current defense counsel has received initial discovery and anticipates receiving additional discovery. In addition, defense counsel is in the process of obtaining authorization to have the defendant evaluated for issues related to his mental health and/or competence to assist in defense of his pending cases. The parties do not anticipate that anything significant could be accomplished by appearing in person on the next scheduled court date, so they have agreed to request that the hearing be moved to October 9, 2024. The parties agree that time under the Speedy Trial Act be excluded under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: August 23, 2024
PHILLIP A. TALBERT
United States Attorney

/s/ David Gappa
DAVID L. GAPPA
Assistant United States Attorney

1

1
2   Dated:  August 23, 2024                              /s/ MARK BROUGHTON
3                                                        MARK BROUGHTON
                                                         COUNSEL FOR
4                                                        MICHAEL A. VALENCIA
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL A. VALENCIA,<br><br>　　　　　　　　　Defendant. | CASE NO.  1:24-CR-00190 KES-BAM<br><br>FINDINGS AND ORDER<br><br>PROPOSED DATE: October 9, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

　　　The court has reviewed and considered the stipulation filed by the parties on August 23, 2024, and also reviewed the record of this case.  For the reasons stated in the stipulation, the court finds good cause for continuing the status conference.  The hearing scheduled for August 28, 2024, is vacated and rescheduled for **October 9, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**  Time under the Speedy Trial Act is excluded under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv) on the basis of the agreements of the parties in the stipulation.

IT IS SO ORDERED.

　　Dated:　__**August 23, 2024**__　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3