MARK A. BROUGHTON, CSBN: 079822
**MARK A. BROUGHTON, PC**
2300 TULARE STREET, SUITE 215
FRESNO, CALIFORNIA 93721
PHONE: (559) 691-6222
FAX: (559) 691-6221
EMAIL: mark@fresnocriminallawyer.com

ATTORNEY FOR Defendant, MICHAEL A. VALENCIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL A. VALENCIA<br><br>　　　　Defendant. | Case No.: 1:24-CR-00190-KES-BAM<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |

　　Defendant, Michael A. Valencia, by and through his attorney Mark A. Broughton, hereby requests that the Confidential Comprehensive Psychiatric Evaluation of Michael A. Valencia by A.A. Howsepian, M.D., Ph.D. be filed under seal with a copy being served upon the United States Attorney.

　　This request is made pursuant to Local Rule 141(a) which states that documents can be sealed only by written order of the United States District Court.  Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

　　The conditions and terms of release sets out confidential and sensitive information that is subject to the Defendant's privacy rights.

///

///

Accordingly, it is requested that the Confidential Comprehensive Psychiatric Evaluation of Michael A. Valencia by A.A. Howsepian, M.D., Ph.D. be Sealed with a copy served electronically upon the United States Attorney.

Respectfully submitted,

MARK A. BROUGHTON, PC

DATED:   September 24, 2024   By:   */s/Mark A. Broughton*
Mark A. Broughton
Attorney for Defendant MICHAEL A. VALENCIA

**ORDER**

For reasons set forth above, the defendants request to have Confidential Comprehensive Psychiatric Evaluation of Michael A. Valencia by A.A. Howsepian, M.D., Ph.D. be filed Under Seal is granted.

IT IS SO ORDERED.

Dated:   September 24, 2024

UNITED STATES DISTRICT JUDGE