MICHELE BECKWITH
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00190 KES-BAM |
|---|---|
| Plaintiff, | STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| MICHAEL A. VALENCIA, | PROPOSED DATE: April 7, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Kirk E. Sherriff |
| Defendant. | |

This case is scheduled for a status conference on February 3, 2025, before United States District Judge Kirk E. Sherriff.  The government notified the court and counsel by e-mail on January 14, 2025, that the defendant was in transit to a federal medical center in Massachusetts.  The parties do not anticipate that anything significant could be accomplished by appearing in person on the next scheduled court date, so they have agreed to request that the hearing be moved to April 7, 2025.  Should the parties learn that the defendant is available for an appearance in Fresno prior to that date, they will notify the court and request that the matter be advanced.  The parties agree that time under the Speedy Trial Act should continue to be excluded under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv).

The parties also agree that the trailing misdemeanor case, 6:24-mj-00014-HBK, should also be continued to April 7, 2025.

1

1    IT IS SO STIPULATED.

2

3   Dated: January 29, 2025                          MICHELE BECKWITH
                                                     Acting United States Attorney
4
                                                     /s/ David Gappa
5                                                    DAVID L. GAPPA
                                                     Assistant United States Attorney
6

7   Dated: January 29, 2025                          /s/ MARK BROUGHTON
                                                     MARK BROUGHTON
8                                                    COUNSEL FOR
9                                                    MICHAEL A. VALENCIA

2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL A. VALENCIA,<br><br>　　　　　　　　Defendant. | CASE NO.  1:24-CR-00190 KES-BAM<br><br> FINDINGS AND ORDER<br><br>DATE: April 7, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Kirk E. Sherriff |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on January 30, 2025, and also reviewed the record of this case.  For the reasons stated in the stipulation, the court finds good cause for continuing the status conference.  The hearing scheduled for February 3, 2025, is vacated and rescheduled for April 7, 2025, at 9:30 a.m.  Time under the Speedy Trial Act is excluded under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv) on the basis of the agreements of the parties in the stipulation.  The trailing misdemeanor case, 6:24-mj-00014-HBK, is also continued to April 7, 2025.

IT IS SO ORDERED.

　Dated:　　January 31, 2025　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE