1  MICHELE BECKWITH
   Acting United States Attorney
2  DAVID L. GAPPA
   Assistant United States Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
   Attorneys for Plaintiff
6  United States of America

7

8

9

10

11                  IN THE UNITED STATES DISTRICT COURT

12                     EASTERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,            CASE NO.  1:24-CR-00190 KES-BAM
                                                   6:24-mj-00014-HBK
15                 Plaintiff,
                                         STIPULATION FOR CONTINUANCE OF STATUS
16        v.                             CONFERENCE AND RELEASE OF DOCUMENTS

17  MICHAEL A. VALENCIA,                 PROPOSED DATE: August 4, 2025
                                         TIME: 9:30 a.m.
18                 Defendant.            COURT: Hon. Kirk E. Sherriff

19

20        This case is scheduled for a status conference on April 7, 2025, before United States District

21 Judge Kirk E. Sherriff.  The government notified the court and counsel by e-mail on January 14, 2025,

22 that the defendant was in transit to a federal medical center in Massachusetts. More recently, the court

23 has shared with the parties a letter dated February 18, 2025, which indicates that the Bureau of Prisons

24 will not be able to submit to the court a report about its evaluation of the defendant until June 26, 2025.

25 Assuming the defendant could be returned to Fresno soon after his evaluation is completed on June 12,

26 2025, his return to Fresno would likely require as much time as his transfer to Massachusetts.  In light of

27 the record, the parties do not anticipate that anything significant could be accomplished by appearing in

28 person on the August 4, 2025, court date, so they have agreed to request that the hearing be moved to

                                           1

August 4, 2025.  Should the parties learn that the defendant is available for an appearance in Fresno prior to that date, they will notify the court and request that the matter be advanced.  The parties agree that time under the Speedy Trial Act should continue to be excluded under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv).

The parties also agree that the trailing misdemeanor case, 6:24-mj-00014-HBK, should also be continued to August 4, 2025.

Finally, the parties request that the court order the release of Pretrial Services reports for the defendant's cases.  The assigned doctor who is evaluating the defendant believes that information in the reports would be helpful to her work, but Pretrial Services will not release the reports absent a court order.  If an order is issued, the Pretrial Services office in Fresno will send the reports directly to the requesting doctor.

IT IS SO STIPULATED.

Dated:  March 17, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ David Gappa
DAVID L. GAPPA
Assistant United States Attorney

Dated:  March 17, 2025

/s/ MARK BROUGHTON
MARK BROUGHTON
COUNSEL FOR
MICHAEL A. VALENCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL A. VALENCIA,<br><br>                Defendant. | CASE NO.  1:24-CR-00190 KES-BAM<br>              6:24-mj-00014-HBK<br><br>ORDER<br><br>DATE: August 4, 2025<br>TIME: 9:30 a.m..<br>COURT: Hon. Kirk E. Sherriff |

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on March 17, 2025, and also reviewed the record of this case.  For the reasons stated in the stipulation, the court finds good cause for continuing the status conference.  The hearing scheduled for April 7, 2025, is vacated and rescheduled for August 4, 2025, at 9:30 a.m.  Time under the Speedy Trial Act is excluded under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv) for good cause shown based on the agreements and representations of the parties in the stipulation.  The trailing misdemeanor case, 6:24-mj-00014-HBK, is also continued to August 4, 2025.

It is FURTHER ORDERED that the Pretrial Services office in Fresno send to the doctor assigned by BOP to evaluate and/or treat the defendant a copy of any Pretrial Services report for the defendant.

IT IS SO ORDERED.

   Dated:   March 18, 2025

UNITED STATES DISTRICT JUDGE

3