**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>MICHAEL A. VALENCIA<br><br>Defendant. | Case Nos.: 1:24-CR-00190-KES-BAM &<br>6:24-mj-00014-HBK<br><br>**ORDER** |

ORDER FOR RELEASE

The Defendant, Michael A. Valencia, came before the Court for sentencing on June 8, 2026.  For the reasons stated on the record, the Court sentences defendant to time-served and orders his immediate release.


IT IS SO ORDERED.

Dated:   June 8, 2026

_____
UNITED STATES DISTRICT JUDGE